**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>          Petitioner,<br><br>     v.<br><br>CDCR/DIRECTOR,<br><br>          Respondent. | Case No.: 1:20-cv-00904-AWI-JLT (HC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATION<br><br>(Doc. 12) |

On June 25, 2020, Petitioner filed the instant petition for writ of habeas corpus. (Doc. 1.) On July 13, 2020, the Court issued findings and recommendation to dismiss the petition for lack of exhaustion. (Doc. 12.) On July 23, 2020, Petitioner filed objections to the findings and recommendation, indicating that he has exhausted state judicial remedies because the California Supreme Court denied his petition on July 15, 2020, and attaching a copy of the denial issued by the California Supreme Court. (Doc. 13.) Accordingly, the findings and recommendation dated July 13, 2020 (Doc. 12) are **WITHDRAWN**.

IT IS SO ORDERED.

Dated:   **July 30, 2020**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE