1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL JAMES CLOUD, | Case No.: 1:20-cv-00904-AWI-JLT (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | |
| CDCR/DIRECTOR, | |
| Respondent. | |

On July 31, 2020, the Court dismissed the petition with leave to file a first amended petition for failure to name a proper respondent. (Doc. 15.) Petitioner filed a first amended petition on August 14, 2020, in which he names "Warden of CSP/Los Angeles County" as the Respondent. (Doc. 16 at 1.) Because it appears the Warden of CSP/Los Angeles County is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Warden of CSP/Los Angeles County.

IT IS SO ORDERED.

Dated:   **August 18, 2020**                    **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE