1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   JOEL JAMES CLOUD, | 1:20-CV-00904 AWI JLT |
| 12            Plaintiff, | NEW CASE NUMBER: |
| 13        v. | **1:20-CV-00904 JLT** |
| 14   WARDEN OF CSP/LOS ANGELES<br>COUNTY, | **ORDER REASSIGNING CASE** |
| 15            Defendants. | |
| 16 | |

17

18       All parties having executed consent forms, it is ordered that this matter be reassigned from

19   the docket of United States District Judge Anthony W. Ishii, to the docket of United States

20   Magistrate Judge Jennifer L. Thurston, for all purposes including trial and entry of Judgment.

21       To prevent a delay in documents being received by the correct judicial officer, the new

22   case number listed below should be used on all future documents.

23                          **1:20-CV-00904 JLT**

24   IT IS SO ORDERED.

25   Dated:   September 22, 2020   _____

26                          SENIOR  DISTRICT  JUDGE

27

28

1