# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF CSP/LOS ANGELES COUNTY,<br><br>    Respondent. | Case No.: 1:20-cv-00904-JLT (HC)<br><br>ORDER CONSTRUING ANSWER TO PETITION IN PART AS MOTION TO AMEND TO NAME PROPER RESPONDENT<br><br>ORDER GRANTING MOTION TO AMEND AND DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT<br><br>ORDER DENYING PETITIONER'S MOTION TO AMEND AS MOOT (Doc. 27) |

On September 21, 2020, Respondent filed an answer in which Respondent notes that the correct respondent in this case is Raybon Johnson, Warden, who has custody of Petitioner at the California State Prison, Los Angeles County. (Doc. 24 at 1, n.1.) The Court will construe this as a motion to amend to name the proper respondent and grant the motion. Because it appears Raybon Johnson, Warden is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Raybon Johnson, Warden.

Petitioner subsequently filed a motion to amend, stating that he has moved to another institution and seeking to name the new warden to serve as a respondent. (Doc. 27.) Because the Court

is directing the Clerk to update the name of the respondent, Petitioner's motion to amend is MOOT.

IT IS SO ORDERED.

Dated: __November 1, 2020__              __/s/ Jennifer L. Thurston__
                                                                     UNITED STATES MAGISTRATE JUDGE