UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>    Petitioner,<br><br>  v.<br><br>RAYBON JOHNSON, Warden,<br><br>    Respondent. | Case No.: 1:20-cv-00904-JLT (HC)<br><br>ORDER DENYING MOTION TO AMEND JUDGMENT<br><br>(Doc. 36) |

On November 3, 2020, the Court denied the petition for writ of habeas corpus. (Doc. 31.) Petitioner then appealed to the Ninth Circuit Court of Appeal. (Docs. 33, 34.) On November 25, 2020, Petitioner filed a motion to amend the judgment. (Doc. 36.) Insofar as this case was closed on November 3, 2020, the Court is without jurisdiction to grant any relief. Accordingly, the Petitioner's motion is DENIED.

IT IS SO ORDERED.

    Dated: **December 2, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
    　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1