# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD, | Case No.: 1:20-cv-00904-JLT (HC) |
| Petitioner, | ORDER DENYING MOTION TO AMEND JUDGMENT |
| v. | |
| RAYBON JOHNSON, Warden, | (Doc. 38) |
| Respondent. | |

On November 3, 2020, the Court denied the petition for writ of habeas corpus. (Doc. 31.) Petitioner then appealed to the Ninth Circuit Court of Appeal. (Docs. 33, 34.) On March 1, 2021, Petitioner filed a motion for relief from the judgment. (Doc. 38.) Insofar as this case was closed on November 3, 2020, the Court is without jurisdiction to grant any relief. Accordingly, the Petitioner's motion is DENIED.

IT IS SO ORDERED.

Dated: **March 2, 2021**              /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE